FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 DEC 14  AM 10: 54

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-02666-MEH

Ibrahim Tosun

1100 S Kenney fort Blvd #937

Round Rock, TX. 78665

Plaintiff(s),

v.

Towing Holdings, LLC d/B/a

Wyatts towing 13202 E. Adam

Aircraft cir. Englewood, CO. 80112

Defendant(s).

---

MOTION FOR/TO: Not dismiss the case

---

I'm requesting the motion not to be dismissed by the judge on this case in hand due to misleading information that was given by the defence party. The defendant showed proof of the check being given and was deposited with my signature on it. However, the defendant failed to provide the "refer to maker check" with the original IRD showing the check to be invalid and bounced on 07/07/23, 72 hours after the deposit was made. This shows the money was never offically recieved by the plaintiff. Also, I have lived in the state of Texas for the past two years and only have buisness in the state of colorado. The vehicale towed has Texas plates.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at _Round Rock_ (city), _TX_ (state), this _12_ day _11_____, 20 _23_.

_____
                                        Signature

---

[1] **[Note:** Local Civil Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion, and to describe the specific efforts to fulfill this duty. The duty to confer is not required, in certain exceptions.  See D.C.COLOLCivR 7.1(b)(1)-(4).]

2

# CERTIFICATE OF SERVICE

I hereby certify that on [**DATE**]_____,

I sent a copy of the **MOTION FOR/TO:** _____

to the following parties in the way described below each party's name:

Party Name:_____

How Served:_____

Party Attorney's Name:_____

Address:_____

_____

Telephone Number:_____

Email Address:_____

Party Name:_____

How Served:_____

Party Attorney's Name:_____

Address:_____

_____

Telephone Number:_____

Email Address:_____

_____
(Signature of person completing service)

Print Name:_____

Address:_____

_____

Telephone Number:_____

Email Address:_____





This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

ORIGINAL
IRD

FirstBank
W Beaver Creek Blvd
0011 W. Beaver Creek Blvd.
Avon   CO      81620

For questions please call   (800) 964-3444

The item deposited to or negotiated against the account below has been returned unpaid for the reason listed. The amount of this item has been deducted from your account balance.

07-07-2023      Account Number:   xxxxxx8095

**Item Being Held at Bank for Your Review**
Bank Copy

IBRAHIM TOSUN
PO BOX 3611
AVON CO 81620-3611

| | Amount | Return Reason |
|---|---|---|
| $ | 714.82 | REFER TO MAKER |



*107005047*
07/07/2023
0158129790
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

ORIGINAL
IRD

FirstBank
W Beaver Creek Blvd
0011 W. Beaver Creek Blvd.
Avon   CO     81620

For questions please call   (800) 964-3444

The item deposited to or negotiated against the account below has been returned unpaid for the reason listed. The amount of this item has been deducted from your account balance.

07-07-2023     Account Number:   xxxxxx8095

**Item Being Held at Bank for Your Review**
Bank Copy

IBRAHIM TOSUN
PO BOX 3611
AVON CO 81620-3611

| | Amount | Return Reason |
|---|---|---|
| $ | 714.82 | REFER TO MAKER |