**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02666-CNS

IBRAHIM TOSUN,

      Plaintiff,

v.

TOWING HOLDINGS, LLC d/b/a/ WYATTS TOWING, a Colorado limited liability company,

      Defendant.

_____

### DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO NOT DISMISS THE CASE
_____

Defendant Towing Holdings, LLC d/b/a Wyatts Towing ("Wyatts"), through its attorney, Goodspeed Merrill, replies as follows to Plaintiff's Motion to Not Dismiss the Case:

### BACKGROUND

1.  On November 29, 2023, Wyatts filed a Motion to Dismiss based on the Court's lack of subject matter jurisdiction, under both federal question jurisdiction and diversity jurisdiction. ECF No. 11.

2.  On December 1, 2023, the Court recommended the Defendant's Motion be granted and the case be dismissed without prejudice. ECF No. 12. The case was reassigned to Judge Sweeney for final determination. ECF No. 13.

3.  On December 14, 2023, Plaintiff filed a Notice of Change of Address or Telephone Number with the Court. ECF No. 14. The document stated Plaintiff's primary address was in Texas, not Colorado.

4.  On December 14, 2023, Plaintiff also filed a Motion to Not Dismiss the Case with the

Court. ECF No. 15. Plaintiff stated, "Also, I have lived in the state of Texas for the past two years and only have business in the state of Colorado." *Id.*

## ANALYSIS

5. Regardless of Plaintiff's updated address in Texas, the Court does not have diversity jurisdiction over the matter and the matter should be dismissed.

6. "In determining diversity jurisdiction, domicile is assessed as of the date the complaint is filed." *Bair v. Peck*, 738 F.Supp. 1354, 1356 (D.Kan. 1990) (citing *Johnson v. Cordell Nat. Bank*, 421 F.2d 1310, 1311 (10th Cir. 1970)). Here, Plaintiff listed his domicile as Colorado when he filed suit. Therefore, the Court must consider Plaintiff's domicile to be Colorado for this matter.

7. Even if the Court determines Plaintiff's domicile was in Texas at the time the complaint was filed, a court is authorized to dismiss a complaint for failure to state a claim upon which relief can be granted. Fed. R. Civ. Pro 12(b)(6). "The nature of a Rule 12(b)(6) motion tests the sufficiency of the allegations within the four corners of the complaint after taking those allegations as true." *Mobley v. McCormick*, 40 F.3d 337, 340 (10th Cir. 1994) (citing *Williams v. Meese*, 926 F.2d. 994, 997 (10th Cir. 1991)). Here, Plaintiff alleged his domicile was in Colorado when he filed the complaint. Therefore, the Court must only consider the four corners of the complaint and determine Plaintiff's domicile was in Colorado at the time he filed the complaint. The Court should thus dismiss the complaint for lack of diversity of citizenship.

8. Even if the Court determines there is diversity of citizenship, Plaintiff does not allege more than $75,000 in damages. Therefore, Plaintiff does not allege the required amount in controversy to satisfy diversity jurisdiction. 28 U.S.C. § 1332 (a).

9. Because the Plaintiff has failed to raise a claim under diversity jurisdiction, the Court

does not have subject matter jurisdiction over the matter, and it should be dismissed.

Accordingly, Wyatts respectfully request the Court grant its Motion to Dismiss Plaintiff's Complaint.

Respectfully submitted this 28th day of December, 2023.

*s/ John-Paul C. Sauer*
John-Paul C. Sauer, Esq.
Goodspeed Merrill
9605 South Kingston Court, Suite 200
Englewood, CO  80112
Telephone: (720) 473-7644
Email: jsauer@goodspeedmerrill.com

*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2023, I electronically filed the foregoing **DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO NOT DISMISS THE CASE** with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ibrahim Tosun
P.O. Box 3611
Avon, CO 81620
Telephone: (970) 376-1626
Email: euro_quality@hotmail.com

*Pro-Se Plaintiff*

<em>s/ John-Paul C. Sauer</em>

John-Paul C. Sauer